### 12331.  PITTMAN *et al. v.* SMITH.

HILL, J.  The undisputed evidence showing that the plaintiff was the bona fide holder, for value and before maturity, of the promissory note sued on, and, the verdict for attorney's fees being supported by the evidence, the motion for new trial was properly overruled. No error of law appears.

        *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
                        DECIDED MAY 2, 1921.

Complaint; from city court of Atlanta — Judge Reid. January 24, 1921.

*James & Bedgood,* for plaintiffs in error.

*H. A. Etheridge,* contra.